```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KAYSAREE MISIR,

                          Plaintiff,

        -against-                      21-CV-7669 (VEC)

                                        ORDER

WELLS FARGO BANK, N.A., EQUIFAX
INFORMATION SERVICES, INC. and
EXPERIAN INFORMATION SOLUTIONS,
INCS.,

                         Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiff filed this lawsuit on September 14, 2021, *see* Dkt. 1;

       WHEREAS Defendant Wells Fargo Bank, N.A. was served on September 17, 2021, such that its answer to Plaintiff's Complaint was due October 8, 2021, Dkt. 12;

       WHEREAS Defendant Experian Information Solutions, Inc. was served on September 20, 2021, such that its answer to Plaintiff's Complaint was due October 12, 2021, Dkt. 15;

       WHEREAS on September 24, 2021, counsel for Defendant Wells Fargo Bank, N.A. appeared, Dkts. 13–14;

       WHEREAS to date Defendant Wells Fargo Bank, N.A. has failed to answer or otherwise respond to the Complaint, *see* Fed. R. Civ. P. 12(a)(1); and

       WHEREAS to date Defendant Experian Information Solutions, Inc. has failed to appear, answer, or otherwise respond to the Complaint, *see id.*;

       IT IS HEREBY ORDERED that Plaintiff must apply for default judgment against Defendants Wells Fargo Bank, N.A. and Experian Information Solutions, Inc., consistent with

the procedures described in Attachment A to the undersigned's Individual Practices by

**November 22, 2021**, or the case as to both defendants will be dismissed for failure to prosecute.

**SO ORDERED.**

**Date:  November 9, 2021**
**New York, New York**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**