

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601

**MEMO ENDORSED**

November 29, 2021

VIA ECF

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021

Re: ***Kaysaree Misir v. Wells Fargo Bank, N.A., Equifax Information Services, LLC, Experian Information Solutions, Inc.***
No. 1:21-cv-07669
**Joint Letter Requesting Adjournment & Extension**

Dear Your Honor:

This letter is being filed jointly on consent of all parties. Your honor has scheduled an initial pre-trial conference for December 17, 2021 at 10:00 a.m. in person. Due to an issue with service, Experian Information Solutions, Inc ("Experian") was deprived the opportunity to adequately review the case from the purported date of service and became aware of the pending action on or around November 9, 2021.

All parties jointly request that the initial pre-trial conference and all relevant deadlines be adjourned for at least thirty days to a proposed date of January 18, 2022, at 10:00am or another date and time convenient for the Court. In addition, in light of the ongoing pandemic, parties request that the conference be held telephonically rather than in-person. This is the first request of its kind and would allow parties additional time to work in good faith on early resolution.

Furthermore, we request that the time for Defendants Experian and Wells Fargo Bank, N.A. to Answer or otherwise move be extended to the date of the initial pre-trial conference. We appreciate the Court's time and attention to these requests. Thank you.

Respectfully,

/s/Alain Cesar
Alain Cesar, Esq.
Sanders Law Group
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516-203-7600
Fax: 516-282-7878
Email: acesar@lawsanders.group
*Counsel for Plaintiff*

/s/ Joseph M. Norena
Joseph M. Norena, Esq.
Jones Day
250 Vesey Street
New York, NY 10281
Tel: 212-326-3457
Fax: 212-755-7306
Email: jnorena@jonesday.com
*Counsel for Defendant Experian*

| | |
|---|---|
| /s/ Boris Brownstein | /s/ Diane A. Bettino |
| Boris Brownstein, Esq. | Diane A. Bettino, Esq. |
| Clark Hill PLC | Reed Smith LLP |
| 210 Carnegie Center, Suite 102 | 599 Lexington Avenue, 22nd Floor |
| Princeton, NJ 08540 | New York, NY 10022 |
| Tel: 609-785-2999 | Tel: 609-514-5962 |
| Fax: 709-785-2923 | Fax: 212-521-5450 |
| Email: bbrownstein@clarkhill.com | Email: dbettino@reedsmith.com |
| *Counsel for Defendant Equifax Information Services LLC* | *Counsel for Defendant Wells Fargo Bank, N.A.* |

Application DENIED. The initial pretrial conference will proceed as previously ordered on **December 17, 2021 at 10:00 a.m.** The parties' joint submission is due by **December 9, 2021**. The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 7669.

Defendants must answer or otherwise respond to Plaintiff's complaint by the date of the initial pretrial conference.

SO ORDERED.

*[signature]*       12/1/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE